UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CHRIS CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHEASTERN BEHAVORIAL HEALTHCARE,<br><br>    Defendant. | CIV. #14-4189<br><br>**JOINT MOTION FOR DISMISSAL** |

COME NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that the above-captioned matter be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their own costs and attorneys' fees.

Dated this 4 day of May, 2015.

JOHNSON, POCHUP & BARTLING

BY _____
Stephanie E. Pochop
Kelsea K. Sutton
405 Main Street
Gregory, SD 57533
Email: Johnson@gwtc.net
*Attorneys for Plaintiff*

Dated this 13th day of May, 2015.

JANKLOW LAW FIRM, PROF. L.L.C.

BY _____
A. Russell Janklow
Kimberly J. Lanham
1700 W. Russell Street
Sioux Falls, SD 57104
Phone: (605) 332-0101 / Fax: 605-332-2178
Email: russ@janklowlaw.com
          kim@janklowlaw.com
*Attorneys for Defendant*